Case 2:07-cv-07180-MMM-PLA   Document 13-2   Filed 02/22/2008   Page 1 of 2

1  THOMAS P. O'BRIEN
United States Attorney
2  LEON W. WEIDMAN
Assistant United States Attorney
3  Chief, Civil Division
CARLA A. FORD (Cal. Bar No. 173380)
4  Assistant United States Attorney
    Room 7516 Federal Building
5    300 North Los Angeles Street
    Los Angeles, California 90012
6    Telephone: (213) 894-3997
    Facsimile:  (213) 894-7819
7    Email: carla.ford @usdoj.gov

8  Attorneys for Federal Defendants

9

                UNITED STATES DISTRICT COURT
10
              CENTRAL DISTRICT OF CALIFORNIA
11
                   WESTERN DIVISION
12

13  ERNESTO DE GUZMAN ,           ) CV No. 07-7180 MMM (PLAx)
                                   )
14          Plaintiff,            ) ORDER GRANTING THE
                                   ) PARTIES' STIPULATION TO
15          v.                    ) REMAND ACTION TO UNITED
                                   ) STATES CITIZENSHIP AND
16  MICHAEL MUKASEY, Attorney     ) IMMIGRATION SERVICES
General of the Department of Justice )
17  MICHAEL CHERTOFF, Secretary of the )
Department of Homeland Security;  )
18  ROBERT MUELLER, III, Director of )
the United States Federal Bureau of )
19  Investigation; THE UNITED STATES )
CITIZENSHIP AND IMMIGRATION       )
20  SERVICES, El Monte Sub Office; and ) Hon. Margaret M. Morrow
THE UNITED STATES CITIZENSHIP     )
21  AND IMMIGRATION SERVICES,      )
                                   )
22          Defendants.            )
                                   )
23  _____)

24      Upon consideration of the Stipulation to Remand Action to United States

25  Citizenship and Immigration Services, filed simultaneously with this Order, and

26  //

27  //

28  //

Case 2:07-cv-07180-MMM-PLA   Document 13-2   Filed 02/22/2008   Page 2 of 2

1  good cause appearing, in the civil action entitled "Ernesto de Guzman v. Michael

2  Mukasey, Attorney General of the Department of Justice; CV 07-7180 MMM

3  (PLAx),"

4       IT IS HEREBY ORDERED as follows:

5       1.    This matter is remanded to USCIS for adjudication within 30 days of

6  the filing date of this order.  In the event that USCIS has not adjudicated Plaintiff's

7  naturalization application within this period, Plaintiff may so notify the Court in a

8  writing filed with the Court and served on counsel for Defendant.  In the event that

9  Plaintiff has not so advised the Court within 45 days of the

10  filing date of this order, this order shall be effective to dismiss this action, without

11  prejudice.  Each party to bear its own attorney's fees and costs.

12       2.    This remand is without prejudice to the Plaintiff to pursue any

13  remedies that may be available to Plaintiff pursuant to 8 U.S.C. §§ 1447(a),

14  1421(c), or any other applicable provision of law.

15

16       SO ORDERED this _22nd_ day of _FEBRUARY_, 2008.

17

18

19       HON. MARGARET M. MORROW

          JUDGE, U.S. DISTRICT COURT

20

21

22

23

24

25

26

27

28